UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| CARLOS COLDON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 1:21-CV-096-RLJ-SKL |
| | ) | | |
| LEE DOTSON, VASHTI MCKINNEY, CENTURION OF TENNESSEE, KATHERINE CAMPBELL, DR. EMMA RICH, BLEDSOE COUNTY CORRECTIONAL COMPLEX, SGT. COTY HOLLAND, UNIT MANAGER GREG HALE, AWT BRETT COBBLE, KENNY ROGERS, DELCIE WHITEAKER, SGT. RAY WORTHINGTON, COUNSELOR LATASHA TAYLOR, SGT. TRACY LEWIS, C.C.O. KIMBERLY CLARK, and JOHN AND JANE DOE, | ) ) ) ) ) ) ) ) ) ) ) ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED with prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT

2

Case 1:21-cv-00096-RLJ-SKL   Document 13   Filed 08/19/21   Page 2 of 2   PageID #: 98